UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 1:14-CR-6-HAB |
| ) | |
| TRAVON RUSSELL ) | |

**OPINION AND ORDER**

Before the Court is Defendant Travon Russell's ("the Defendant's") letter "Requesting to be Modified to Halfway House" (ECF No. 103) filed on July 21, 2020. The Court construes the letter as Defendant's Third Motion for Modification of Sentence. This Motion comes on the heels of Defendant's first such motion wherein he sought compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and his second motion wherein he sought to serve the remainder of his sentence on supervised release. This Court denied Defendant's first motion on June 3, 2020, (ECF No. 100); the Court denied the second motion on June 10, 2020 (ECF No. 102). The same result follows with respect to this third motion.

This Court has now thrice advised the Defendant that federal courts are limited in their ability to alter criminal sentences and that he must meet one of the statutory reasons for modification set forth in 18 U.S.C. § 3582(c) or under Fed.R.Crim.P. 35 to enable this Court to do so. Once again, Defendant's letter falls far short of any of the statutory reasons for which this Court would have jurisdiction to alter or modify his sentence nor is Fed.R.Crim.P. 35 applicable here. Accordingly, the Court has no legal basis for which to modify Defendant's sentence. Defendant's request (ECF No. 103) is therefore, DENIED.

SO ORDERED on August 20, 2020.

                                                   s/ Holly A. Brady
                                                 JUDGE HOLLY A. BRADY
                                                 UNITED STATES DISTRICT COURT